# United States Court of Appeals
# for the Fifth Circuit

_____

No. 26-50183

_____

United States Court of Appeals
Fifth Circuit

**FILED**
July 21, 2026

Lyle W. Cayce
Clerk

Ignacio Sosnava Rodriguez,

*Petitioner—Appellee*,

*versus*

Sylvester M. Ortega, *in his official capacity as Director of the San Antonio Field Office of ICEs Enforcement and Removal Operations*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; Todd Wallace Blanche, *Acting U.S. Attorney General*; Department of Homeland Security; DOJ Executive Office For Immigration Review,

*Respondents—Appellants*,

consolidated with

_____

26-50219

_____

Alejandro Villegas Angel

*Petitioner—Appellee*,

*versus*

Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; Todd Wallace Blanche, *Acting U.S. Attorney General*; Miguel Vergara, *San Antonio Field Office Director for Enforcement and*

No. 26-50183
c/w Nos. 26-50219, 26-50221

*Removal*; United States Department of Homeland Security; United States Immigration and Customs Enforcement; Executive Office for Immigration Review, *Office of the General Counsel*,

Respondents—Appellants,

CONSOLIDATED WITH

_____

26-50221

_____

Miguel Angel Gomez Alvarado,

Petitioner—Appellee,

*versus*

Miguel Vergara, *in his official capacity as the Acting Director of San Antonio Field Office for U.S. Immigration and Customs Enforcement*; Todd Lyons, *in his capacity as the Acting Director for the U.S. Immigration and Customs Enforcement*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*,

Respondents—Appellants.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:26-CV-273
USDC No. 1:26-CV-384
USDC No. 1:26-CV-309

_____

2

No. 26-50183
c/w Nos. 26-50219, 26-50221

PUBLISHED ORDER

Before ELROD *Chief Judge*, and JONES, SMITH, STEWART, RICHMAN, SOUTHWICK, HAYNES, GRAVES, HIGGINSON, WILLETT, HO, DUNCAN, ENGELHARDT, OLDHAM, WILSON, DOUGLAS, and RAMIREZ, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Appellants' opposed motion to refer this motion to the *en banc* court is DENIED AS UNNECESSARY.

IT IS FURTHER ORDERED that Appellants' opposed motion to expedite ruling on the motion for stay of the district court judgments pending rehearing *en banc* is GRANTED.

IT IS FURTHER ORDERED that Appellants' opposed motion for stay of the district court judgments pending rehearing *en banc* is GRANTED.